**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | CR-07-737-03-PHX-MHM |
| v. | ) | |
| | ) | |
| Debra Ann Fornaser, | ) | ORDER OF DETENTION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant was released on her own recognizance on July 5, 2007. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of her release. Defendant was arrested and appears before the Court with counsel.

    Counsel for defendant advises the Court that defendant wishes to waive her right to a hearing. The Court addressed defendant and advised defendant of her right to remain silent, to continued representation by counsel, to provide evidence on her behalf, and the government's obligation to prove that defendant violated at least one condition of release. Defendant advised she understood these rights and confirmed that she wanted to waive her right to a hearing.

    The Court deems the waiver a submission and based on the allegations in the petition, the Court finds that defendant violated at least one condition of release. Further, that defendant is unlikely to abide any condition or combination of conditions of release.

/ / /

/ / /

IT IS THEREFORE ORDERED that the defendant's release is revoked and she is detained pending further order of the Court.

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at an appropriate halfway house facility. Should the defendant be an acceptable candidate, defense counsel or Pretrial Services shall contact the chambers of Magistrate Judge Edward C. Voss to set a possible release hearing. Should Magistrate Judge Edward C. Voss not be available counsel is advised to contact the Magistrate on duty to set a possible release hearing. A determination as to whether or not the defendant is to be released will be made at the scheduled hearing. If counsel for the government does not object to the proposed release, the matter will be scheduled "bag and baggage

DATED this 31st day of August, 2007.

_____
Edward C. Voss
United States Magistrate Judge